Mark B. Simpkins, Esq. CSBN 175084
11 Golden Shore, Ste. 430
Long Beach, CA 90802
Tel. 562-436-9631
e-mail: mark_simpkins@hotmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MOTORS INTERNATIONAL, INC., a California Corporation, et al.<br><br>Plaintiff(s),<br>v.<br>PETER HARTWICK, an individual; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-00243-BRO-E<br><br>ORDER ON<br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 17, 2017                                    *Mark B. Simpkins*
        *Date*                                *Signature of Attorney/Party*

IT IS SO ORDERED.
DATED: August 18, 2017
UNITED STATES DISTRICT JUDGE

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*